IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRYSTAL PADILLA,

      Plaintiff,

vs.                                                            No. CIV 12-330 LH/LFG

CAROLYN W. COLVIN, Acting,
Commissioner of Social Security,

      Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S ANALYSIS AND RECOMMENDED DISPOSITION TO REMAND

THIS MATTER is before the Court on the Magistrate Judge's Analysis and Recommended Disposition, filed August 14, 2013, proposing that this matter be remanded for additional administrative proceedings. [Doc. 36.] The parties did not file objections, and the deadline for filing objections has passed. A party waives the right to challenge a magistrate judge's findings and recommendation if the party does not file timely objections. *See, e.g.*, Wirsching v. Colorado, 360 F.3d 1191, 1197 (10th Cir. 2004) ("firm waiver" rule followed in Tenth Circuit holds that a party who fails to object to magistrate judge's findings and recommendations in timely manner waives appellate review of both factual and legal questions).

The Court accepts the Magistrate Judge's recommendation that Plaintiff Chrystal Padilla' motion for remand [Doc. 22] be granted and that this matter be remanded for additional administrative hearings, consistent with the Magistrate Judge's analysis and recommendations.

IT IS HEREBY ORDERED that the United States Magistrate Judge's Analysis and Recommended Disposition is adopted by the Court.

IT IS FURTHER ORDERED that Plaintiff's motion to remand [Doc. 22] is granted, consistent with the Magistrate Judge's Analysis and Recommended Disposition, and that this matter is remanded for additional administrative proceedings.

_____
SENIOR UNITED STATES DISTRICT JUDGE